IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JARVIS BRAGGS,                )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>DR. RAMEEN - Doctor           )<br>Corizon Healthcare, in his    )<br>official and individual       )<br>capacity,                     )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:15cv527-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he has not received prescribed medical care for his low blood sugar.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of April, 2016.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE